IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,                              8:17CR375

vs.

ROMAN LAZCANO-ACOSTA,                  ORDER
AMERICA SAUCEDO-MORENO
and LOURDES PEREZ-
SAUCEDO

        Defendant.

This matter is before the court on Defendant Lazcano-Acosta's Motion to Continue Trial [126]. Based on the reasons set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

**IT IS ORDERED** that Defendant Lazcano-Acosta's Motion to Continue Trial [126] is granted, as follows:

1. The jury trial, for all defendants, now set for January 22, 2019, is continued to **February 25, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 25, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** December 28, 2018.

                                                                         BY THE COURT:

                                                                         s/ Michael D. Nelson
                                                                         United States Magistrate Judge